**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| TOPWIRE LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                    Defendant. | Civil Action No. 7:25-CV-00551-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO TRANSFER VENUE
TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

This Court, after considering Defendant Apple Inc.'s Opposed Motion to Transfer Venue Under 28 U.S.C. § 1404(a) ("Motion to Transfer"), is of the opinion that the Motion to Transfer should be granted.

**IT IS THEREFORE ORDERED** that Defendant Apple Inc.'s Motion to Transfer is **GRANTED** and that this case is **TRANSFERRED** to the Northern District of California.

SIGNED this _____ day of _____, 2026.

_____
HON. ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE